UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE S. FINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIPOSA BAKING COMPANY, INC.,<br><br>    Defendant. | Case No. 14-cv-03813-WHO<br><br>**ORDER REQUIRING COMPLIANCE WITH GENERAL ORDER NO. 56 AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 4, 15 |

It is apparent from the Joint Case Management Statement that the parties have not complied with General Order No. 56, which sets forth the procedures all United States District Courts in the Northern District of California follow in cases that assert a right of access under Title II or III of the Americans with Disabilities Act. The Scheduling Order in this case, filed on August 22, 2014, clearly identified the steps that the parties needed to take under the General Order, and which the parties have ignored. Counsel have wasted a significant amount of time and are admonished for their failure to comply with the Orders of this Court.

The new dates for full compliance with the paragraphs in General Order No. 56 are as follows:

Paragraph 2: July 10, 2015

Paragraph 3: August 1, 2015

Paragraph 4: August 29, 2015

Paragraphs 5, 6 and 7: If the matter is not settled by September 25, 2015, file the Notice of Need for Mediation by that date.

Counsel are expected to know the rules of this Court and to abide by them if they wish to practice here. Strict compliance with General Order No. 56 is required. If plaintiff submits a

1 statement of costs and attorney's fees in accordance with Paragraph 6 of General Order 56, she
2 shall not include any costs or fees incurred during her period of non-compliance with the General
3 Order.
4     The Case Management Conference scheduled for June 30, 2015 is VACATED.
5     **IT IS SO ORDERED**.
6 Dated: June 25, 2015



WILLIAM H. ORRICK
United States District Judge