CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JAMES H. VERNON (SBN: 41163)
jvernonn@mindspring.com
KATHERINE VERNON RYAN (SBN: 193324)
kateryanlaw@yahoo.com
LAW OFFICES OF JAMES H. VERNON
P.O. Box 410
3223 Crow Canyon Road, Suite 330
San Ramon, CA 94583
Telephone: (925) 806-0673
Attorneys for Defendant
Mariposa Baking Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE FINGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIPOSA BAKING COMPANY, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:14-CV-03813-WHO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 9, 2015      CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: November 9, 2015      LAW OFFICES OF JAMES H. VERNON

By: _____
James H. Vernon
Katherine Vernon Ryan
Attorneys for Defendant
Mariposa Baking Company, Inc.